UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROPHECY ASSET MANAGEMENT, LP, JEFFREY SPOTTS, and BRIAN KAHN,<br><br>Defendants. | Hon. Michael A. Shipp<br><br>No. 25-cv-16058 (MAS) |

PLEASE TAKE NOTICE that the United States (by Kelly M. Lyons and Aaron L. Webman, Assistant U.S. Attorneys), will move before the Honorable Michael A. Shipp, U.S.D.J., on December 15, 2025, for an Order: (1) granting the United States leave to intervene in the above-captioned civil action (the "SEC Action"); and (2) staying the SEC Action until the conclusion of criminal proceedings in *United States v. Jeffrey Spotts*, Crim. No. 25-519 (MAS), and any related proceedings before the United States District Court or the United States Magistrate Court, including trial.

A Memorandum of Law in support of this motion is attached.

Respectfully submitted,

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

By:   *s/ Aaron L. Webman*
Olta Bejleri
Kelly M. Lyons
Aaron L. Webman
Assistant United States Attorneys

Dated:  November 12, 2025